**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **NOTICE TO CREDITORS** |
| **James Michael Oxendine** | ) | **AND** |
| **Rachel Elizabeth Oxendine** | ) | **PROPOSED PLAN** |
| | ) | |
| SS#   xxx-xx-2304 | ) | |
| SS#   xxx-xx-9606 | ) | Case No. _____ |
| Debtor(s) | ) | |

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on  **November  3, 2010** .

**THE FILING AUTOMATICALLY STAYS COLLECTION AND OTHER ACTIONS AGAINST THE DEBTOR(S), DEBTOR(S)' PROPERTY AND CERTAIN CO-DEBTORS.  IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY STAY, YOU MAY BE PENALIZED.**

**OFFICIAL NOTICE WILL BE SENT TO CREDITORS GIVING THE NAME AND ADDRESS OF THE TRUSTEE, THE DATE AND TIME OF THE MEETING OF CREDITORS, AND THE DEADLINE FOR OBJECTING TO THE PLAN.**

**A CREDITOR MUST TIMELY FILE A PROOF OF CLAIM WITH THE TRUSTEE IN ORDER TO RECEIVE DISTRIBUTIONS UNDER THE PLAN.**

The Debtor(s) propose an initial plan, which is subject to modification, as follows:

1.     Payments to the Trustee:  The Debtor(s) propose to pay from future earnings his/her/their disposable income to the Trustee for a period of    **36**    consecutive months by means of monthly payments of   **$1,148.58**  , for distribution to creditors after payment of costs of administration.

2.     Payments made directly to creditors:  The Debtor(s) propose to make regular monthly payments directly to the following creditors:

| | Creditor | Collateral and Valuation |
|---|---|---|
| (A) | -NONE- | |

3.     Disbursements by the Trustee:  The Debtor proposes that the Trustee make the following distributions to creditors after payment of costs of administration as follows:

(A)     The following priority claims shall be paid in full by means of deferred payment:

**Internal Revenue Service**
**NC Department of Revenue**
**Richmond County Property Tax**
**Richmond County Vehicle Tax**

(B)     The following secured creditors shall receive their regular monthly payment:

| Creditor | Collateral and Value | Monthly Payment |
|---|---|---|
| **Lease and Rental** | **2003 Jeep Liberty  Market Value= $9,186.00** | **$234.72** |
| **Walter Mortgage Company** | **Residence located at 178 Mercer Street in Marston, NC 28363  Market Value= $95,000.00** | **$599.14** |

(C)     The following creditors have partially secured and partially unsecured claims and shall have their regular payment modified under the proposed plan:

| Creditor | Collateral and Value | Monthly Payment As Modified |
|---|---|---|
| -NONE- | | |

(D)     The following co-signed claims shall be paid in full by monthly payments:
          **-NONE-**

(E)     The following secured creditors shall be paid on their arrearage claims by means of monthly payments:

| Creditor | Collateral | Monthly Arrearage Payment |
|---|---|---|
| **Lease and Rental** | **2003 Jeep Liberty** | **$52.57** |

| Creditor | Collateral | Monthly Arrearage Payment |
|----------|-----------|---------------------------|
| **Walter Mortgage Company** | **Residence located at 178 Mercer Street in Marston, NC 28363** | 10-12015<br>**$128.39** |

(F)        After payment of allowed cost of administration, priority and secured claims, the balance of the funds paid to the Trustee shall be paid to allowed general unsecured claims.  The exact amount available for unsecured creditors cannot be determined until all claims are filed and allowed, however, at this time it is anticipated that the return to unsecured creditors will be not less than  **0** % and is estimated to be  **0**  %.

4.        <u>Property to be surrendered</u>:  The following property will be returned to the secured creditor:

<u>Creditor</u>                                           <u>Collateral</u>

**-NONE-**

    (name of creditor and description of property)

5.        The Debtor(s) has the following executory contracts and/or leases which will be assumed or rejected as herein indicated:

<u>Contract\Lease Party</u>                          <u>Description of Contract or Lease</u>                          <u>Assume or Reject?</u>

**-NONE-**

6.        Other proposed provisions are as follows:

Date:  <u>**November  3, 2010**</u>                          **/s/ Brett Smith Yauger**

                                                              **Brett Smith Yauger**
                                                              Attorney for the Debtor
                                                              Address:        **107 Monroe St**
                                                                                      **PO Box 39**
                                                                                      **Carthage, NC 28327**
                                                              Telephone:        **910-947-2280**
                                                              State Bar No.        **22842**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
  **James Michael Oxendine** )
  **Rachel Elizabeth Oxendine** )
             )
SS#  **xxx-xx-2304** )
SS#  **xxx-xx-9606** )
      Debtor(s) )

**NOTICE TO CREDITORS**
**AND**
**PROPOSED PLAN**

Case No. _____

---

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**William L. Schwenn**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Richard M. Hutson, II**
**Chapter 13 Trustee**
**Durham Division**
**Post Office Box 3613**
**Durham, NC 27702-3613**

**Absolute Collect Svc**
**421 Fayetteville St Mall**
**Raleigh, NC 27601**

**Afni, Inc.**
**Po Box 3427**
**Bloomington, IL 61702**

**Alltel**
**P.O. Box 9001905**
**Louisville, KY 40290**

**Badcock**

**Blair Corporation**
**220 Hickory St**
**Warren, PA 16366**

**Cap One**
**Po Box 85520**
**Richmond, VA 23285**

**Carolina Behavior Care**
**P.O. Box 1630**
**Pinehurst, NC 28370**

**Cbusasears**
**133200 Smith Rd**
**Cleveland, OH 44130**

**Certified Recovery Sys**
**6161 Savoy Dr Ste 600**
**Houston, TX 77036**

**Citi Auto**
**2208 Highway 121 Ste 100**
**Bedford, TX 76021**

**Credit Financial Servi**
**3800 Guess Rd**
**Durham, NC 27705**

**Credit Financial Servi**
**3800 Guess Rd**
**Durham, NC 27705**

**Er Solutions**
**800 Sw 39th St**
**Renton, WA 98057**

**First Collection Services**
**10925 Otter Creek E Blvd**
**Mabelvale, AR 72103**

**First Health of the Carolinas**
**Moore County Hospital**
**P.O. Box 580484**
**Charlotte, NC 28258-0484**

**First Premier Bank**
**601 S Minnesota Ave**
**Sioux Falls, SD 57104**

**Fort Sill National Ban**
**511 Sw A Ave**
**Lawton, OK 73501**

**Franklin Collection Sv**
**2978 W Jackson St**
**Tupelo, MS 38801**

**Fst Premier**
**3820 N Louise Ave**
**Sioux Falls, SD 57107**

**George Brown Associa**
**2200 Crown Post Executive Dr**
**Charlotte, NC 28227**

**Internal Revenue Service**
**PO Box 21126**
**Philadelphia, PA 19114**

**Lease and Rental**
**45 Haverhill Street**
**Andover, MA 01810**

**Nation Wide Credit**
**P.O. Box 26314**
**Lehigh Valley, PA 18002**

**National**
**5700 Crooks Rd Ste 301**
**Troy, MI 48098**

**NC Department of Revenue**
**P.O. Box 25000**
**Raleigh, NC 27640-0640**

**Ncstateemp**
**Raleigh, NC 27611**

**Pinehurst Surgical**
**P.O. Box 2000**
**Pinehurst, NC 28374-2000**

**Regional**

**Regional Acceptance Co**
**4230 S Market St**
**Wilmington, NC 28403**

**Richmond County Property Tax**
**P.O. Box 1070**

**Charlotte, NC 28201**

**Richmond County Propery Tax**
**P.O. Box 1070**
**Charlotte, NC 28201**

**Richmond County Vehicle Tax**
**P.O. Box 1644**
**Rockingham, NC 28380**

**Scotland Memorial Hospital**
**P.O Box 1847**
**Laurinburg, NC 28353**

**Southern**

**Stern & Associates**
**415 N Edgeworth St Ste 2**
**Greensboro, NC 27401**

**The Collection Firm**
**P.O. Box 3910**
**Tupelo, MS 38803**

**Walter Mortgage Company**
**P.O. Box 31601**
**Tampa, FL 33607**

Date:   **November  3, 2010**                    **/s/ Brett Smith Yauger**
                                                 **Brett Smith Yauger**